IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL M. BARLEY, #260 262, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:13cv534-WHA |
| | ) | |
| DISTRICT ATTORNEY RANDALL V. HOUSTON, et al., | ) ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4), entered on November 19, 2013, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1.  Plaintiff's Complaint is DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) as it was not filed within the time prescribed by the applicable period of limitations.

2.  This case is DISMISSED prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 16th day of December, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE