IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL M. BARLEY, #260 262, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:13cv534-WHA |
| | ) | |
| DISTRICT ATTORNEY RANDALL V. | ) | |
| HOUSTON, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, and this

case is DISMISSED with prejudice.

DONE this 16th day of December, 2013.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE